IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-02862-REB-KLM

VICTORIA CARBAJAL, and
DEAN CARBAJAL,

Plaintiffs,

v.

SEVENTH JUDICIAL DISTRICT,
DELTA COUNTY BOARD OF COUNTY COMMISSIONERS,
MONTROSE COUNTY BOARD OF COUNTY COMMISSIONERS,
GUNNISON COUNTY BOARD OF COUNTY COMMISSIONERS,
MANDY ALLEN,
STEVEN PATRICK,
JAMES SCHUM,
CHARLES GREENACRE,
SANDRA MILLER,
JEFF HERRON,
MYRL SERRA,
SHERRI PRICE,
DEPUTY DISTRICT ATTORNEY KRAMER,
CITY OF DELTA,
MONTROSE PROBATION DEPARTMENT,
DELTA PROBATION DEPARTMENT,
CAROL WARNER,
DAVID ROMERO,
JOE QUINTANA,
UNKNOWN MONTROSE PROBATION OFFICER,
ADAMS COUNTY PROBATION DEPARTMENT,
ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS,
UNKNOWN ADAMS COUNTY PROBATION OFFICER,
BETH VALERIO,
DELTA SHERIFF DEPARTMENT,
UNKNOWN DELTA SHERIFF,
BILL RAILEY,
CHRIS WELDON,
DEPUTY HATCH,
B. WOLFE,
B. SHROEDER,
CITY OF DENVER,
DENVER POLICE DEPARTMENT,

DENVER CHIEF OF POLICE,
GILBERTO LUCIO,
LAURIE FREUND,
JEFFREY WATTS,
UNKNOWN DENVER POLICE OFFICER 1,
UNKNOWN DENVER POLICE OFFICER 2,
UNKNOWN DENVER POLICE OFFICER 3,
UNKNOWN DENVER POLICE OFFICER 4,
UNKNOWN DENVER POLICE OFFICER 5,
UNKNOWN DENVER POLICE OFFICER 6,
UNKNOWN DENVER POLICE OFFICER 7,
UNKNOWN DENVER POLICE OFFICER 8,
UNKNOWN DENVER POLICE OFFICER 9,
COLORADO DEPARTMENT OF CORRECTIONS,
UNKNOWN SUPERIOR CORRECTIONAL OFFICER,
UNKNOWN CORRECTIONAL OFFICER 1,
UNKNOWN CORRECTIONAL OFFICER 2,
CITY OF WESTMINSTER,
WESTMINSTER POLICE DEPARTMENT,
WESTMINSTER CHIEF OF POLICE,
UNKNOWN WESTMINSTER POLICE OFFICER 1,
UNKNOWN WESTMINSTER POLICE OFFICER 2,
CITY OF ARVADA,
ARVADA POLICE DEPARTMENT,
ARVADA CHIEF OF POLICE,
PATRICK MEESTER,
A.J. DEANDREA,
JOURDAN LOPEZ-BASGALL,
UNKNOWN ARVADA POLICE OFFICER 1,
GREGORY SULLIVAN,
UNKNOWN ARVADA POLICE OFFICER 2, defendants are being sued in their
individual and official capacities, jointly and severally,

Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court *sua sponte*. It appears that several Defendants have not been served with the Summons and Amended Complaint [Docket No. 27]. Moreover, on March 14, 2011, the Court granted Plaintiffs until April 1, 2011 to amend their Amended Complaint and until June 21, 2011 to complete service of all Defendants. *Order* [Docket No. 62]. The Court therefore finds that this case is not ripe for a scheduling conference at

this time.  Accordingly,

     IT IS HEREBY **ORDERED** that the Scheduling Conference set for March 24, 2011 at 10:00 a.m. is **vacated** and **RESET** to **June 23, 2011 at 10:00 a.m.** in Courtroom C-204, Byron G. Rogers United States Courthouse.

     IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **June 17, 2011**.

     IT IS FURTHER **ORDERED** that each party shall submit a Confidential Settlement Statement no later than **June 17, 2011**.  Parties participating in the District of Colorado ECF system shall submit their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their Confidential Settlement Statement as a hard copy by delivering it to the Clerk of the Court or by mailing it directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix."

     Courtroom **C-204** is located on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.  The parties are reminded that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show <u>valid photo identification</u>.  See D.C.COLO.LCivR 83.2B.

     Dated:  March 21, 2011