IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02862-REB-KLM

VICTORIA CARBAJAL, and
DEAN CARBAJAL,

Plaintiffs,

v.

SEVENTH JUDICIAL DISTRICT, a political subdivision of the State of Colorado,
DELTA COUNTY BOARD OF COUNTY COMMISSIONERS, a political subdivision of
the State of Colorado,
MYRL SERRA, former District Attorney of the Seventh Judicial District, in his individual
capacity,
SHERRI PRICE, Deputy District Attorney of the Seventh Judicial District, in her
individual and official capacities,
PATRICIA KRAMER, former Deputy District Attorney of the Seventh Judicial District, in
her individual capacity,
JEFF BOYD HERRON, private counsel, in his individual capacity,
J. STEVEN PATRICK, District Court Judge of the Seventh Judicial District, in his
individual and official capacities,
CHARLES R. GREENACRE, District Court Judge of the Seventh Judicial District, in his
individual and official capacities,
SANDRA K. MILLER, Magistrate/County Court Judge of the Seventh Judicial District, in
her individual capacity,
JAMES W. SCHUM, District Court Judge of the Seventh Judicial District, in his
individual and official capacities,
MANDY ALLEN, Court Clerk of the Seventh Judicial District, in her individual and official
capacities,
CAROL WARNER, Chief Probation Officer of the Seventh Judicial District, in her
individual and official capacities,
RICHARD MAHAR, Probation Officer of the Seventh Judicial District, in his individual
and official capacities,
DAVID ROMERO, Probation Officer of the Seventh Judicial District, in his individual and
official capacities,
JOSEPH QUINTANA, Probation Officer of the Seventh Judicial District, in his individual
and official capacities,
UNKNOWN DELTA SHERIFF, in his individual and official capacities,
BILL RAILEY, Captain in the Delta Sheriff's Department, in his individual and official
capacities,
CHRIS WELDON, Sergeant in the Delta Sheriff's Department, in his individual and
official capacities,

-1-

TIMOTHY HATCH, Deputy Sheriff in the Delta Sheriff's Department, in his individual and official capacities,

BEA WOLFE, Deputy Sheriff in the Delta Sheriff's Department, in his individual and official capacities,

BENJAMIN SCHROEDER, Deputy Sheriff in the Delta Sheriff's Department, in his individual and official capacities,

CITY OF DENVER, a municipality of the State of Colorado,

DENVER CHIEF OF POLICE, in his individual and official capacities,

GILBERTO LUCIO, Detective in the Denver Police Department, in his individual and official capacities,

LAURIE FREUND, Detective in the Denver Police Department, in her individual and official capacities,

JAMES DIXON, Police Officer in the Denver Police Department, in his individual and official capacities,

ADAM BARRETT, Police Officer in the Denver Police Department, in his individual and official capacities,

PERRY SPEERMAN, Sergeant in the Denver Police Department, in his individual and official capacities,

JOEL SMITH, Police Officer in the Denver Police Department, in his individual and official capacities,

ABBEGAYLE DORN, Police Officer in the Denver Police Department, in her individual and official capacities,

JESSE REMBERT, Police Officer in the Denver Police Department, in his individual and official capacities,

JAY LOPEZ, Police Officer in the Denver Police Department, in his individual and official capacities,

MICHAEL O'NEILL, Police Officer in the Denver Police Department, in his individual and official capacities,

BRYAN O'NEILL, Police Officer in the Denver Police Department, in his individual and official capacities,

JEFFREY WATTS, Senior Detective Investigator for the Second Judicial District, in his individual and official capacities,

ED GRUNINGER, Detective Investigator for the Second Judicial District, in his individual and official capacities,

COLORADO DEPARTMENT OF CORRECTIONS, a political subdivision of the State of Colorado,

UNKNOWN CORRECTIONAL OFFICER 1, Correctional/Parole Officer in the Colorado Department of Corrections, in his individual and official capacities,

UNKNOWN CORRECTIONAL OFFICER 2, Correctional/Parole Officer in the Colorado Department of Corrections, in his individual and official capacities,

CITY OF WESTMINSTER, a municipality of the State of Colorado,

UNKNOWN WESTMINSTER POLICE OFFICER 1, in his individual and official capacities,

UNKNOWN WESTMINSTER POLICE OFFICER 2, in his individual and official capacities,

CITY OF ARVADA, a municipality of the State of Colorado,
DON WICK, Arvada Chief of Police, in his individual and official capacities,
PATRICK MEESTER, Police Officer in the Arvada Police Department, in his individual and official capacities,
A.J. DEANDREA, Sergeant in the Arvada Police Department, in his individual and official capacities,
JOURDAN LOPEZ-BASGALL, Police Officer in the Arvada Police Department, in his individual and official capacities, and
GREGORY SULLIVAN, in his individual capacity, jointly and severally,

Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff Dean Carbajal's **Ex Parte Petition for Temporary Restraining Order Pursuant to Fed. R. Civ. P. 65** [Docket No. 220; Filed September 21, 2011] (the "Petition"); Plaintiff Dean Carbajal's **Notice to Trial Court and Request for Hearing for TRO - Ex Parte** [Docket No. 221; Filed September 21, 2011] (the "Request"); and Plaintiff Dean Carbajal's **Motion to Set Hearing** [Docket No. 222; Filed September 21, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Petition, the Request, and the Motion are **STRICKEN**. Pursuant to my Order dated June 23, 2011, neither Plaintiff shall file any motions "until a written order has been issued on the pending Motions to Dismiss." *Order* [#181] at 3. No order has yet been issued.

Moreover, the Court notes that Plaintiff Dean Carbajal has not alleged any specific actions by any of the Defendants that directly and particularly affect this case in such a way that warrants immediate attention of the Court in spite of its Order requiring Plaintiffs to refrain from filing any motions until resolution of the pending Motions to Dismiss. *See Order* [#181] at 3. Plaintiffs have previously been reminded of this Order and were warned that future violations could result in such sanctions as monetary penalties and/or dismissal of their case. *Minute Order* [#216] at 1. Plaintiff Dean Carbajal's failure to comply with my prior Order and repeated warnings is not well taken. **This is the Court's final warning. No motions or requests for relief may be filed until a written order has been issued on the pending Motions to Dismiss. Future violations of this Order [#181] will result in sanctions.**

Dated:  September 27, 2011