IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

MYRL SERRA, in his individual capacity,
SHERRI PRICE, in her individual capacity,
CAROL WARNER, in her individual capacity,
DAVID ROMERO, in his individual capacity,
JOE QUINTANA, in his individual capacity,
BILL RAILEY, in his individual capacity,
CHRIS WELDON, in his individual capacity,
BEA WOLFE, in his individual capacity,
BENJAMIN SCHROEDER, in his individual capacity,
GILBERTO LUCIO, in his individual capacity,
JAMES DIXON, in his individual capacity,
ADAM BARRETT, in his individual capacity,
JOEL SMITH, in his individual capacity,
JESSE REMBERT, in his individual capacity,
JAY LOPEZ, in his individual capacity,
MICHAEL O'NEILL, in his individual capacity,
BOARD OF COUNTY COMMISSIONER OF DELTA COUNTY, a political subdivision of the State of Colorado,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,
DARIN DESEL, Police Officer for the Denver Police Department, in his individual capacity,
FRED MCKEE, Sheriff for the Delta Sheriff's Department, in his individual capacity,
PERRY SPEELMAN, Police Officer for the Denver Police Department, in his individual capacity, and
UNKNOWN REPRESENTATIVE, Representative of Patricia Kramer's Estate, former Deputy District Attorney for the Seventh Judicial District, in her individual capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**Jan 11, 2012**

GREGORY C. LANGHAM, CLERK

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

THIS CAUSE came before the Court *sua sponte*. On January 6, 2012, the Court issued an Order [Docket No. 252] permitting Plaintiff to file a Third Amended Complaint [Docket No. 254]. The Third Amended Complaint includes six new Defendants: (1) Board of County Commissioner of Delta County; (2) City and County of Denver; (3) Darin Desel; (4) Fred McKee; (5) Perry Speelman; and (6) Unknown Representative of Patricia Kramer's Estate (the "Six New Defendants"). Due to Plaintiff's status as an incarcerated individual and due to the filing of the Third Amended Complaint,

IT IS HEREBY **ORDERED** that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the Six New Defendants. If unable to do so, the United States Marshal shall serve a copy of the Third Amended Complaint, summons, and all other orders upon the Six New Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: January 11, 2012

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-02862-REB-KLM

Dean Carbajal
Prisoner No. 110955
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

US Marshal Service
Service Clerk
Service forms for: Board and County Commissioner of Delta County, City and County of Denver, Darin Desel, Fred McKee, Perry Speelman, and an Unknown Representative of Patricia Kramer's Estate

William James Barber
Arvada City Attorney's Office
**DELIVERED ELECTRONICALLY**

David R. Brougham
Hall & Evans, LLC - Denver
**DELIVERED ELECTRONICALLY**

Christopher K. Daly
Arvada City Attorney's Office
**DELIVERED ELECTRONICALLY**

Jeffrey L. Driscoll
Williams, Turner & Holmes, P.C.
**DELIVERED ELECTRONICALLY**

Jennifer Fawn Kemp
Senter Goldfarb & Rice, LLC
**DELIVERED ELECTRONICALLY**

Edmund Martin Kennedy
Hall & Evans, LLC - Denver
**DELIVERED ELECTRONICALLY**

Marni Nathan Kloster
Nathan, Bremer, Dumm & Myers, PC
**DELIVERED ELECTRONICALLY**

Michelle Tyler Michel
Adams County Attorney's Office
**DELIVERED ELECTRONICALLY**

Heidi M. Miller
Adams County Attorney's Office
**DELIVERED ELECTRONICALLY**

J. Andrew Nathan
Nathan, Bremer, Dumm & Myers, PC
**DELIVERED ELECTRONICALLY**

Roberto Ramirez
Arvada City Attorney's Office
**DELIVERED ELECTRONICALLY**

Andrew David Ringel
Hall & Evans, LLC - Denver
**DELIVERED ELECTRONICALLY**

Patrick L. Sayas
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

Robert A. Wolf
Denver City Attorney's Office
**DELIVERED ELECTRONICALLY**

Eric Michael Ziporin
Sentar Goldfarb & Rice, LLC
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Board and County Commissioner of Delta County, City and County of Denver, Darin Desel, Fred McKee, Perry Speelman, and an Unknown Representative of Patricia Kramer's Estate: THIRD AMENDED COMPLAINT FILED 1/06/12, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on January 11, 2012.

                                                   GREGORY C. LANGHAM, CLERK

                                                   By: s/ A. García
                                                      Deputy Clerk