IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

MYRL SERRA, in his individual capacity,
SHERRI PRICE, in her individual capacity,
CAROL WARNER, in her individual capacity,
DAVID ROMERO, in his individual capacity,
JOE QUINTANA, in his individual capacity,
BILL RAILEY, in his individual capacity,
CHRIS WELDON, in his individual capacity,
BEA WOLFE, in his individual capacity,
BENJAMIN SCHROEDER, in his individual capacity,
GILBERTO LUCIO, in his individual capacity,
JAMES DIXON, in his individual capacity,
ADAM BARRETT, in his individual capacity,
JOEL SMITH, in his individual capacity,
JESSE REMBERT, in his individual capacity,
JAY LOPEZ, in his individual capacity,
MICHAEL O'NEILL, in his individual capacity,
BOARD OF COUNTY COMMISSIONER OF DELTA COUNTY, a political subdivision of the State of Colorado,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,
DARIN DESEL, Police Officer for the Denver Police Department, in his individual capacity,
FRED MCKEE, Sheriff for the Delta Sheriff's Department, in his individual capacity,
PERRY SPEELMAN, Police Officer for the Denver Police Department, in his individual capacity, and
UNKNOWN REPRESENTATIVE, Representative of Patricia Kramer's Estate, former Deputy District Attorney for the Seventh Judicial District, in her individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

-1-

This matter is before the Court on the **Request for Clarification of Briefing Requirements for Motion to Dismiss Third Amended Complaint** [Docket No. 261; Filed January 30, 2012] (the "Motion"), filed by Defendants Myrl Serra, Sherri Price, Unknown Representative (Patricia Kramer estate), Fred McKee, Bill Railey, Chris Weldon, Bea Wolfe, Benjamin Schroeder, and Board of County Commissioners of Delta County (the "Delta Defendants").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The nine Delta Defendants may file a joint motion to dismiss, not to exceed fifteen (15) pages, asserting legal arguments common to these Defendants. Further, the Delta Defendant prosecutors, sheriff-deputies, and public entity may each file separate motions to dismiss, not to exceed ten (10) pages each, asserting legal arguments that are not common to all of the Delta Defendants.

Dated: January 31, 2012