IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

     Plaintiff,

v.

MYRL SERRA, in his individual capacity,
SHERRI PRICE, in her individual capacity,
CAROL WARNER, in her individual capacity,
DAVID ROMERO, in his individual capacity,
JOE QUINTANA, in his individual capacity,
BILL RAILEY, in his individual capacity,
CHRIS WELDON, in his individual capacity,
BEA WOLFE, in his individual capacity,
BENJAMIN SCHROEDER, in his individual capacity,
GILBERTO LUCIO, in his individual capacity,
JAMES DIXON, in his individual capacity,
ADAM BARRETT, in his individual capacity,
JOEL SMITH, in his individual capacity,
JESSE REMBERT, in his individual capacity,
JAY LOPEZ, in his individual capacity,
MICHAEL O'NEILL, in his individual capacity,
BOARD OF COUNTY COMMISSIONER OF DELTA COUNTY, a political subdivision of
the State of Colorado,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,
DARIN DESEL, Police Officer for the Denver Police Department, in his individual
capacity,
FRED MCKEE, Sheriff for the Delta Sheriff's Department, in his individual capacity,
PERRY SPEELMAN, Police Officer for the Denver Police Department, in his individual
capacity, and
UNKNOWN REPRESENTATIVE, Representative of Patricia Kramer's Estate, former
Deputy District Attorney for the Seventh Judicial District, in her individual capacity,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Strike Delta Defendants Motions to Dismiss [Docket #s 271, 272, 273 and 274]** [Docket No. 283; Filed February 22, 2012] and Plaintiff's **Motion to Strike Denver Defendants Motion to Dismiss** [Docket No. 284; Filed February 22, 2012] (collectively, the "Motions").

In the Motions, Plaintiff claims that he has not received copies of the responses to his Third Amended Complaint [#254] filed by the Delta Defendants and the Denver Defendants. He requests that the Court therefore strike these responses. He also requests that the Court "issue a subpoena for the log of legal mail provided to [Plaintiff]; the possession of and control of this evidence is the Centennial Correctional Facility mailroom" [#283]. He states this will support his contention that these Defendants never sent him copies of those documents.

The Delta Defendants have collectively filed four Motions to Dismiss [#271, #272, #273, #274] in response to Plaintiff's Third Amended Complaint. Each of these filings contains a Certificate of Service certifying that a copy was sent to Plaintiff "via U.S. mail, postage prepaid" on February 6, 2012. *See* [#271] at 14; [#272] at 10; [#273] at 11; [#274] at 8. The Denver Defendants collectively filed an Answer [#270] in response to Plaintiff's Third Amended Complaint. This filing also contains a Certificate of Service certifying that a hard copy was sent to Plaintiff on February 6, 2012. *See* [#270] at 8. Plaintiff previously filed two motions with the Court wherein he explained that he would be transferred between three facilities throughout the early part of February 2012. *See Contemp[o]raneous Objection* [#264] at 2-3; *Motion for Extension of Time* [#276] at 1.

IT IS HEREBY **ORDERED** that the Motions [#283, #284] are **DENIED**. However, as a one-time courtesy to Plaintiff,

IT IS FURTHER **ORDERED** that the Clerk of Court shall mail to Plaintiff one copy each of the Denver Defendants' Answer [#270] and the Delta Defendants' Motions to Dismiss [#271, #272, #273, #274], including all attachments.

Dated:  February 24, 2012