**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

MYRL SERRA, et al.,

    Defendants.

**ORDER OVERRULING PLAINTIFF'S OBJECTION
AND DENYING MOTION TO RECONSIDER**

**Blackburn, J.**

    This matter is before me on the plaintiff's **Contemporaneous Objection To the Court's Order (DOC # 323) and Motion for Reconsideration** [#334][1] filed May 11, 2012. I overrule the objection and deny the motion to reconsider.

    The plaintiff's objection pertains to non-dispositive matters that were referred to the magistrate judge for resolution. Under 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), I may modify or set aside any portion of an order of a magistrate judge that I find to be clearly erroneous or contrary to law.

    The plaintiff objects to an order [#323] in which the magistrate judge addressed the plaintiff's motion for a writ of habeas corpus ad testificandum and the plaintiff's petition for issuance of subpoenas. Given the relevant circumstances, I conclude that the resolution of this motion and petition, as stated in the order [#323] of the magistrate judge, is both

---

[1] "[#334]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

lawful and appropriate. The order of the magistrate judge [#323] is not clearly erroneous or contrary to law. Therefore, I overrule the plaintiff's objection {#334].

The bases for granting reconsideration are extremely limited:

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.

*Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted). In his motion, the plaintiff does not establish any of these bases for reconsideration of the court's order [#323].

**THEREFORE, IT IS ORDERED** as follows:

1. That the objections stated in the plaintiff's **Contemporaneous Objection To the Court's Order (DOC # 323) and Motion for Reconsideration** [#334] filed May 11, 2012, read as an objection to the order [#323] of the magistrate judge, are **OVERRULED**; and

2. That the plaintiff's **Contemporaneous Objection To the Court's Order (DOC # 323) and Motion for Reconsideration** [#334] filed May 11, 2012, read as a motion for reconsideration, is **DENIED**.

Dated May 14, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2