IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

MYRL SERRA, in his individual capacity,
SHERRI PRICE, in her individual capacity,
CAROL WARNER, in her individual capacity,
DAVID ROMERO, in his individual capacity,
JOE QUINTANA, in his individual capacity,
BILL RAILEY, in his individual capacity,
CHRIS WELDON, in his individual capacity,
BENJAMIN SCHROEDER, in his individual capacity,
GILBERTO LUCIO, in his individual capacity,
JAMES DIXON, in his individual capacity,
ADAM BARRETT, in his individual capacity,
JOEL SMITH, in his individual capacity,
JESSE REMBERT, in his individual capacity,
JAY LOPEZ, in his individual capacity,
MICHAEL O'NEILL, in his individual capacity,
BOARD OF COUNTY COMMISSIONER OF DELTA COUNTY, a political subdivision of the State of Colorado,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,
DARIN DESEL, Police Officer for the Denver Police Department, in his individual capacity,
FRED MCKEE, Sheriff for the Delta Sheriff's Department, in his individual capacity,
PERRY SPEELMAN, Police Officer for the Denver Police Department, in his individual capacity, and
UNKNOWN REPRESENTATIVE, Representative of Patricia Kramer's Estate, former Deputy District Attorney for the Seventh Judicial District, in her individual capacity,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

-1-

This matter is before the Court on Plaintiff's **Petition for Federal Injunction Pursuant to Fed. R. Civ. P. 65** [Docket No. 357; Filed August 8, 2012] (the "Petition") and on Plaintiff's **Motion to Set Hearing** [Docket No. 359; Filed August 8, 2012] (the "Motion"). On September 11, 2012, Plaintiff filed a Corrected Petition for Federal Injunction Pursuant to Fed. R. Civ. P. 65 [#375] (the "Corrected Petition"). Plaintiff has not yet sought a hearing in conjunction with the Corrected Petition, but he states that he will be filing such a request. *Corrected Petition* [#375] at 31. In light of the Corrected Petition,

IT IS HEREBY **ORDERED** that the Petition [#357] and the Motion [#359] are **DENIED as moot**.

Dated: September 11, 2012