IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

CAROL WARNER, in her individual capacity,
DAVID ROMERO, in his individual capacity,
JOE QUINTANA, in his individual capacity,
BILL RAILEY, in his individual capacity,
CHRIS WELDON, in his individual capacity,
BENJAMIN SCHROEDER, in his individual capacity,
GILBERTO LUCIO, in his individual capacity,
JAMES DIXON, in his individual capacity,
ADAM BARRETT, in his individual capacity,
JOEL SMITH, in his individual capacity,
JESSE REMBERT, in his individual capacity,
JAY LOPEZ, in his individual capacity,
MICHAEL O'NEILL, in his individual capacity,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,
DARIN DESEL, Police Officer for the Denver Police Department, in his individual capacity,
FRED MCKEE, Sheriff for the Delta Sheriff's Department, in his individual capacity,
PERRY SPEELMAN, Police Officer for the Denver Police Department, in his individual capacity,
JEFFREY WATTS, Investigator for the Second Judicial District, in his individual capacity, and
ED GRUNINGER, Investigator for the Second Judicial District and Police Officer for the Denver Police Department, in his individual capacity,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants City and County of Denver, Gilberto Lucio, Michael O'Neill, Darin Desel, Adam Barrett, Joel Smith, James Dixon, and Perry

Speelman's (collectively, the "Denver Defendants") **Motion to Compel** [Docket No. 453; Filed March 12, 2013] and on Plaintiff's **Motion for Extension of Time to Respond to Denver Defendants' Motion to Compel in That It Is Frivolous Because Mr. Carbajal Has Not Received a Discovery Request from Denver** [Docket No. 460; Filed March 19, 2013] ("Plaintiff's Motion").

IT IS HEREBY **ORDERED** that Plaintiff's Motion [#460] is **GRANTED**. Plaintiff shall respond to the Denver Defendants' written discovery requests [#453-1, #453-2] **on or before April 12, 2013**.

IT IS FURTHER **ORDERED** that the Motion to Compel [#453] is **DENIED as moot**.

Dated: March 22, 2013