IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

CAROL WARNER, in her individual capacity,
DAVID ROMERO, in his individual capacity,
JOE QUINTANA, in his individual capacity,
BILL RAILEY, in his individual capacity,
CHRIS WELDON, in his individual capacity,
BENJAMIN SCHROEDER, in his individual capacity,
GILBERTO LUCIO, in his individual capacity,
JAMES DIXON, in his individual capacity,
ADAM BARRETT, in his individual capacity,
JOEL SMITH, in his individual capacity,
JESSE REMBERT, in his individual capacity,
JAY LOPEZ, in his individual capacity,
MICHAEL O'NEILL, in his individual capacity,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,
DARIN DESEL, Police Officer for the Denver Police Department, in his individual capacity,
FRED MCKEE, Sheriff for the Delta Sheriff's Department, in his individual capacity,
PERRY SPEELMAN, Police Officer for the Denver Police Department, in his individual capacity,
JEFFREY WATTS, Investigator for the Second Judicial District, in his individual capacity, and
ED GRUNINGER, Investigator for the Second Judicial District and Police Officer for the Denver Police Department, in his individual capacity,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Joint Motion to Exceed Seven (7)**

**Hours for Taking Plaintiff's Deposition** [Docket No. 479; Filed May 6, 2013] (the "Motion"). In the Motion, the nineteen Defendants, who have previously been divided into four groups for purposes of discovery allowances, seek to take a combined deposition of Plaintiff. They seek a total of 13 hours over the course of two consecutive days.[1] The Court finds this request to be reasonable. Therefore, pursuant to the Court's authority under Fed. R. Civ. P. 26(b)(2)(A) and 30(d)(1),

IT IS HEREBY **ORDERED** that the Motion [#479] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that Defendants shall collectively have 13 hours in which to depose Plaintiff over the course of two consecutive days.

IT IS FURTHER **ORDERED** that Plaintiff may be deposed for no more than 7 hours on any given day.

IT IS FURTHER **ORDERED** that each group of Defendants shall be limited to the amount of time Defendants proposed, as listed in Footnote 1 to this Minute Order.

Dated: May 7, 2013

---

[1] The Delta Defendants (Bill Railey, Chris Weldon, Benjamin Schroeder, and Fred McKee) seek 3 hours. The Denver Defendants (City and County of Denver, Adam Barrett, Darin Desel, James Dixon, Jay Lopez, Gilberto Lucio, Michael O'Neill, Jesse Rembert, Joel Smith, and Perry Speelman) seek 5 hours. The Second Judicial District Defendants (Jeffrey Watts and Ed Gruninger) seek 2 hours. The Colorado Attorney General Defendants (Carol Warner, David Romero, Joe Quintana) seek 3 hours.