IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

     Plaintiff,

v.

CAROL WARNER, in her individual capacity,
DAVID ROMERO, in his individual capacity,
JOE QUINTANA, in his individual capacity,
BILL RAILEY, in his individual capacity,
CHRIS WELDON, in his individual capacity,
BENJAMIN SCHROEDER, in his individual capacity,
GILBERTO LUCIO, in his individual capacity,
JAMES DIXON, in his individual capacity,
ADAM BARRETT, in his individual capacity,
JOEL SMITH, in his individual capacity,
JESSE REMBERT, in his individual capacity,
JAY LOPEZ, in his individual capacity,
MICHAEL O'NEILL, in his individual capacity,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,
DARIN DESEL, Police Officer for the Denver Police Department, in his individual
capacity,
FRED MCKEE, Sheriff for the Delta Sheriff's Department, in his individual capacity,
PERRY SPEELMAN, Police Officer for the Denver Police Department, in his individual
capacity,
JEFFREY WATTS, Investigator for the Second Judicial District, in his individual
capacity, and
ED GRUNINGER, Investigator for the Second Judicial District and Police Officer for the
Denver Police Department, in his individual capacity,

     Defendants.

---

## MINUTE ORDER

---

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

     This matter is before the Court on Defendants Jeffrey Watts and Edward
Gruninger's **Motion for Protective Order** [Docket No. 464; Filed March 27, 2013] (the

"Motion"). All Defendants join in the Motion.

On March 18, 2013, the Court ordered Defendants to file a proposed protective order that addressed, at a minimum, the confidentiality of Plaintiff's medical records and tax return information. *Order* [#459] at 19. The Court allowed Plaintiff through April 15, 2013 by which to file any objections to the proposed protective order. *Id.* at 19-20. No objections have been filed. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#464] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#464-1] supplied by Defendants is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Further, pursuant to the Court's previous Order [#459],

IT IS FURTHER **ORDERED** that Plaintiff shall produce the documents ordered by Order No. 459 and/or execute the required releases for production of those documents **on or before May 21, 2013. No extension of this deadline shall be granted absent exceptional circumstances.**

Dated: May 7, 2013