IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

CAROL WARNER, in her individual capacity,
DAVID ROMERO, in his individual capacity,
JOE QUINTANA, in his individual capacity,
BILL RAILEY, in his individual capacity,
CHRIS WELDON, in his individual capacity,
BENJAMIN SCHROEDER, in his individual capacity,
GILBERTO LUCIO, in his individual capacity,
JAMES DIXON, in his individual capacity,
ADAM BARRETT, in his individual capacity,
JOEL SMITH, in his individual capacity,
JESSE REMBERT, in his individual capacity,
JAY LOPEZ, in his individual capacity,
MICHAEL O'NEILL, in his individual capacity,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,
DARIN DESEL, Police Officer for the Denver Police Department, in his individual capacity,
FRED MCKEE, Sheriff for the Delta Sheriff's Department, in his individual capacity,
PERRY SPEELMAN, Police Officer for the Denver Police Department, in his individual capacity,
JEFFREY WATTS, Investigator for the Second Judicial District, in his individual capacity, and
ED GRUNINGER, Investigator for the Second Judicial District and Police Officer for the Denver Police Department, in his individual capacity,

    Defendants.
_____

## ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Defendants' **Joint Motion to Conduct**

**Depositions of Incarcerated Inmate Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2)(B)** [Docket No. 487; Filed May 14, 2013] (the "Motion"). Defendants seek an Order allowing them to conduct the deposition of Plaintiff, an incarcerated individual. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), "[a] party must obtain leave of court . . . if the deponent is confined in prison." Plaintiff Dean Carbajal, #110955, is presently incarcerated by the Colorado Department of Corrections at Sterling Correctional Facility, 12101 Colorado 61, Sterling, CO 80751. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#487] is **GRANTED**.

IT IS FURTHER **ORDERED** that Defendants may take Plaintiff's deposition with regard to this litigation.

IT IS FURTHER **ORDERED** that the deposition shall take place at Sterling Correctional Facility or, if Plaintiff is moved to a different correctional facility subsequent to this Order, at Plaintiff's new correctional facility.

Dated:  May 15, 2013                    BY THE COURT:

*Kristen L. Mix*
Kristen L. Mix
United States Magistrate Judge