# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

SEVENTH JUDICIAL DISTRICT, political subdivision of the State of Colorado, et al.,

    Defendants.

## MINUTE ORDER[1]

    The **Motion For a Progression Order Compelling the Reopening of This Action** [#608][2] filed June 27, 2014, is **DENIED** as moot. This case has been reopened.

    Dated: August 1, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#608]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.