**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

    Plaintiffs,
v.

CAROL WARNER, Chief of Probation for the Seventh Judicial District, in her individual capacity,
DAVID ROMERO, Superior Probation Officer for the Seventh Judicial District, in his individual capacity,
JOE QUINTANA, Probation Officer for the Seventh Judicial District, in his individual capacity,
FRED McKEE, Sheriff for the Delta Sheriff's Department, in his individual capacity,
BILL RAILEY, Detention Administrator for the Delta Detention Center, in his individual capacity,
CHRIS WELDON, Sergeant for the Delta Detention Center, in his individual capacity,
BENJAMIN SCHROEDER, Deputy Sheriff for the Delta Detention Center, in his individual capacity,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,
GILBERTO LUCIO, Detective for the Denver Police Department, in his individual capacity,
JAMES DIXON, Police Officer for the Denver Police Department, in his individual capacity,
ADAM BARRETT, Police Officer for the Denver Police Department, in his individual capacity,
DARIN DESEL, Police Officer for the Denver Police Department, in his individual capacity,
PERRY SPEELMAN, Police Officer for the Denver Police Department, in his individual capacity,
JOEL SMITH, Police Officer for the Denver Police Department, in his individual capacity,
JESSE REMBERT, Police Officer for the Denver Police Department, in his individual capacity,
JAY LOPEZ, Police Officer for the Denver Police Department, in his individual capacity,
MICHAEL O'NIELL, Police Officer for the Denver Police Department, in his individual capacity,
JEFF WATTS, Investigator for the Second Judicial District, in his individual capacity, and
ED GRUNINGER, Investigator for the Second Judicial District and Police Officer for the Denver Police Department, in his individual capacity,

Defendants.

## ORDER OF DISMISSAL AS TO
## DEFENDANT EDWARD GRUNINGER, ONLY

**Blackburn, J.**

The matter is before the court on the **Stipulated Motion For Dismissal With Prejudice** [#617][1] filed October 21, 2014. After reviewing the motion and the record, i conclude that the motion should be granted and that plaintiff's claims against defendant, Edward Gruninger, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice** [#617] filed October 21, 2014, is **GRANTED**;

2. That plaintiff's claims against defendant, Edward Gruninger, are **DISMISSED WITH PREJUDICE**, with each of the affected parties to pay its own attorney fees and costs; and

3. That defendant, Edward Gruninger, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated October 22, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#617]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.