IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

CAROL WARNER, in her individual capacity,
DAVID ROMERO, in his individual capacity,
JOE QUINTANA, in his individual capacity,
BILL RAILEY, in his individual capacity,
CHRIS WELDON, in his individual capacity,
BENJAMIN SCHROEDER, in his individual capacity,
GILBERTO LUCIO, in his individual capacity,
JAMES DIXON, in his individual capacity,
ADAM BARRETT, in his individual capacity,
JOEL SMITH, in his individual capacity,
JESSE REMBERT, in his individual capacity,
JAY LOPEZ, in his individual capacity,
MICHAEL O'NEILL, in his individual capacity,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,
DARIN DESEL, Police Officer for the Denver Police Department, in his individual capacity,
FRED MCKEE, Sheriff for the Delta Sheriff's Department, in his individual capacity,
PERRY SPEELMAN, Police Officer for the Denver Police Department, in his individual capacity, and
JEFFREY WATTS, Investigator for the Second Judicial District, in his individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the first **Motion to Withdraw** [#620] (the "Motion") filed by Attorney Jessica Allen ("Allen"), counsel for Defendants City and County of Denver, Gilberto Lucio, James Dixon, Adam Barrett, Joel Smith, Jesse Rembert, Jay Lopez, Michael O'Neill, Darin Desel, and Perry Speelman (collectively, the "City Defendants"); on

the City Defendants' second **Motion to Withdraw** [#622]; and on the City Defendants' **Motion to Strike ECF Document #620** [#624] (the "Motion to Strike").  The Motion to Strike [#624] seeks to strike the first Motion to Withdraw [#620] because the incorrect document was uploaded to the electronic docket.

IT IS HEREBY **ORDERED** that the Motion to Strike [#624] is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that the first Motion to Withdraw [#620] is **STRICKEN**.

IT IS FURTHER **ORDERED** that the second Motion to Withdraw [#622] is **GRANTED**.  Attorney Allen is relieved of any further representation of the City Defendants in this case.  The Clerk of Court is instructed to terminate Attorney Allen as counsel of record, and to remove her name from the electronic certificate of mailing.  The City Defendants shall continue to be represented by Attorney Jennifer Johnson.

Dated:  November 24, 2014