IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02862-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

CAROL WARNER, in her individual capacity,
DAVID ROMERO, in his individual capacity,
JOE QUINTANA, in his individual capacity,
BILL RAILEY, in his individual capacity,
CHRIS WELDON, in his individual capacity,
BENJAMIN SCHROEDER, in his individual capacity,
GILBERTO LUCIO, in his individual capacity,
JAMES DIXON, in his individual capacity,
ADAM BARRETT, in his individual capacity,
JOEL SMITH, in his individual capacity,
JESSE REMBERT, in his individual capacity,
JAY LOPEZ, in his individual capacity,
MICHAEL O'NEILL, in his individual capacity,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,
DARIN DESEL, Police Officer for the Denver Police Department, in his individual capacity,
FRED MCKEE, Sheriff for the Delta Sheriff's Department, in his individual capacity,
PERRY SPEELMAN, Police Officer for the Denver Police Department, in his individual capacity, and
JEFFREY WATTS, Investigator for the Second Judicial District, in his individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Lift Stay and Modify the Scheduling Order and Discovery Deadlines** [#630] ("Plaintiff's Motion") and on Defendants' **Motion for Status Conference** [#634]. On January 12, 2015, Plaintiff moved to lift the stay imposed in this matter on July 17, 2014, and to accordingly modify the

Scheduling Order and discovery deadlines. *Pl.'s Motion* [#630]. The District Judge granted Plaintiff's request to lift the stay and referred the remainder of Plaintiff's Motion [#630] to the undersigned. *Order Lifting Stay* [#633]. Instead of filing a Response to Plaintiff's Motion [#630], Defendants filed the Motion for Status Conference [#634] in order to discuss the completion of discovery, the reestablishment of deadlines, and discovery issues that had been raised prior to the imposition of the stay but that were denied without prejudice when the stay was imposed.

IT IS HEREBY **ORDERED** that the Motion for Status Conference [#634] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that a Status Conference is **SET** for **March 5, 2015** at **11:00 a.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The purpose of the Status Conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what further discovery, if any, will be needed. Plaintiff and his case manager shall contact the court at: **(303) 335-2770** on the above date and time in order to participate.

IT IS FURTHER **ORDERED** that the Clerk's Office shall electronically mail a copy of this Minute Order to the legal assistant for the Department of Corrections at the following address: doc_service_of_process@state.co.us. and shall mail a courtesy copy to the case manager for Plaintiff at his facility.

IT IS FURTHER **ORDERED** that the portion of Plaintiff's Motion [#634] referred to the undersigned is **GRANTED** to the extent that modifications to the Scheduling Order and deadlines in this matter will be discussed and entered at the Status Conference.

Dated: February 20, 2015