IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10CV2862-REB-KLM

DEAN CARBAJAL,
    Plaintiff,

v.

CAROL Warner,
    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 26 2015
JEFFREY P. COLWELL
CLERK

Motion For Extension OF Time To Respond To Defendants Motions For Summary Judgment (All Pending Motions)

    Plaintiff Dean Carbajal pro se respectfully moves the Court for a first time extension of time to respond to the Defendants motions for summary judgment [694, 697, 700, and 701], and hereby submits this memorandum in support of this action.

    Presently Mr. Carbajal is in custody at DRDC due to a trial in Case no. 12-CV-2257-REB-KLM, Carbajal v. O'Niell. This trial, and the transfer to DRDC repeatedly for a week and half, has completely prevented Mr. Carbajal from obtaining access to his discovery, pleadings, and legal research material and resources in this action, based on the premise that DOC transport only permits Mr. Carbajal to travel with legal documents relevant to his trial in Case no. 12CV2257-REB, Carbajal v. O'Niell, et al. Thus, Mr. Carbajal has not had any opportunity to review the discovery responses ordered by the Court, or prepare his responsive pleadings to the Defendants' Motions For Summary Judgment. Mr. Carbajal's mail is being held at Arkansas Valley Correctional Facility and is not being forwarded.

let alone put together the relevant aspects of his discovery to prove his claims.

Furthermore, the present transport has prevented Mr. Carbajal from obtaining access to legal supplies (Hence, the use of scrap paper to prepare this pleading) and also has zero access to a computer and book/library access. Thus, it is impractical to expect Mr. Carbajal to respond to numerous pleadings that are not in his possession due to transport with no resources. Therefore, good cause exists to grant Mr. Carbajal an extension of 21 days from his expected date of arrival at Arkansas Valley Correctional Facility (August 27, 2015) up until September 17, 2015. This is a first time extension.

Accordingly, good cause exists to grant Mr. Carbajal an extension of time to respond to the Defendants' Motions For Summary Judgment up until September 17, 2015. This extension of time pertains to the Denver Defendants, State Defendants, Jeffrey Watts, and Delta Defendants Motions For Summary Judgment and is timely, in that, the Plaintiff's response was not due until August 25, 2015. Mr. Carbajal has been out to Court since August 3, 2015.

Wherefore, Mr. Carbajal respectfully moves the Court for an extension of time up until September 17, 2015 to respond to all pleadings filed by the Defendants concerning summary judgment, for good cause.

Respectfully submitted this 19th day of August, 2015

Dean Carbajal
12750 Hwy 96 Ln 13
Ordway, CO 81034

Certificate of Service

The undersigned hereby certifies that the foregoing action was mailed to the Clerk of Court and that a true and correct copy was mailed to all interested parties.

Jeffrey Driscoll — j.driscoll@wth-law.com
Patrick Sayos — pat.sayos@state.co.us
David Cooperstein — david.cooperstein@denvergov.org
Andrew Ringel — ringela@hallevans.com

Dean Carbajal