IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02862-REB-KLM

DEAN CARBAJAL

       Plaintiff,

    v.

CAROL WARNER, in her individual capacity,
DAVID ROMERO, in his individual capacity,
JOE QUINTANA, in his individual capacity,
BILL RAILEY, in his individual capacity,
CHRIS WELDON, in his individual capacity,
BENJAMIN SHROEDER, in his individual capacity,
GILBERTO LUCIO, in his individual capacity,
JAMES DIXON, in his individual capacity,
ADAM BARRETT, in his individual capacity,
JOEL SMITH, in his individual capacity,
JESSE REMBERT, in his individual capacity,
JAY LOPEZ, in his individual capacity,
MICHAEL O'NEILL, in his individual capacity,
CITY AND COUNTY OF DENVER, a political subdivision of the State of Colorado,
DARIN DESEL, Police Officer for the Denver Police Department, in his individual capacity,
FRED MCKEE, Sheriff for the Delta Sheriff's Department, in his individual capacity,
PERRY SPEELMAN, Police Officer for the Denver Police Department, in his individual capacity,
JEFFREY WATTS, investigator for the Second Judicial District, in in his individual capacity,

       Defendants.

---

**STATE DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S RESPONSE [Doc. #755] TO THEIR MOTION FOR SUMMARY JUDGMENT [Doc. #694].**

---

Defendants, Carrol Warner, David Romero, and Joe Quintana (State Defendants), through their counsel, the Office of the Attorney General for the State of Colorado, move that Plaintiff's Response [Doc. #755] to the State Defendants Motion for Summary Judgment [Doc. #694] be stricken as untimely, and in support state the following:

### ARGUMENT

1. No conferral is necessary on State Defendants' Motion to strike as Plaintiff is an unrepresented State prisoner. [*See* D.C.COLO.L.CivR 7.1].

2. All four groups of Defendants filed Motions for Summary Judgments. [Docs. #694, #697, #700, #714]. The State Defendants filed their Motion for Summary Judgment on July 6, 2015. [Doc. #694]. Therefore, Plaintiff's response to the motion was due on or before July 30, 2015.

3. On August 26, 2015, Plaintiff filed a belated Motion for Extension of Time to Respond to Defendants' Motions for Summary Judgment (All Pending Motions). [Doc. #724]. The Court granted the extension and ordered Plaintiff to respond to all four Motions for Summary Judgment by September 17, 2015. [*Minute Order,* Doc. #726]. The new deadline was over 60 days after the State Defendants filed their Motion for Summary Judgment.

4. On September 21, 2015, Plaintiff again belatedly filed a Second Motion for Extension of Time [Doc. #727]. The Court granted Plaintiff's motion and extended the time that Plaintiff had to file responses to the Motions for Summary Judgment until October 17, 2015. [*Minute Order,* Doc. #730]. In its Order of September 25, 2015 [Doc. #730] the Court stated that "**[n]o further**

2

**extensions of time will be permitted, absent extraordinary circumstances.**" *Id.* (emphasis in original). The new deadline was over 90 days after the State Defendants filed their Motion for Summary Judgment.

5. On October 21, 2015, Plaintiff filed a third Motion for Extension of Time. [Doc. #740]. The Court ruled that "[g]iven the fact that Plaintiff's Motion for Discovery [#731] and Motion for Sanctions [#733] lack merit, the Court cannot find that 'extraordinary circumstances' exist to permit an additional extension of time." [*Order,* Doc. #753 at 18]. In particular the Court held that "[t]here is no reason why Plaintiff could not have timely responded to the Motions for Summary Judgment….." *Id.* In its Order the Court stated that "Plaintiff appears to have engaged in delay tactics solely for the purpose of obtaining more time than the twelve-to-fifteen weeks already permitted by the Court for him to file his Responses." *Id.* Therefore, the Court denied Plaintiff's request for an extension of time to file Responses to the Motions for Summary Judgment. *Id.* at 18-19 ("Thus, Plaintiff's request for an extension of time to file Responses to the Motions for Summary Judgment is **denied**." (emphasis in original))"

6. In its Order of November 24, 2015, the Court stated that "[a] recommendation on the Motions for Summary Judgment [#694, #697, #700, #714] will issue in due course." [*Order,* Doc. #753 at 19]. Therefore, Plaintiff's Response to the State Defendants' Motion for Summary Judgment that Plaintiff filed on December 8, 2015, five months after the State Defendants filed their Motion for Summary Judgment, should be stricken as untimely.

7. Should the State Defendants' Motion to Strike be denied, State Defendants request 14 days from the date of the denial to reply to Plaintiff's

response.

WHEREFORE, Plaintiff's Response [Doc. #755] to the State Defendants Motion for Summary Judgment [Doc. #694] should be stricken as untimely. Should the State Defendants Motion to Strike be denied, State Defendants request 14 days from the date of the denial to reply to Plaintiff's response.

Respectively submitted this 14th day of December 2015.

                CYNTHIA H. COFFMAN
                ATTORNEY GENERAL


                /s/Patrick L. Sayas
                PATRICK L. SAYAS, 29672*
                Senior Assistant Attorney General
                Tort Unit
                Civil Litigation and Employment Law
                  Section
                Attorney for State Defendants'
                *Counsel of Record

CERTIFICATE OF SERVICE

This is to certify that I have duly served the within State Defendants' Motion to Strike Plaintiff's Response to Their Motion for Summary Judgment, upon all parties herein by e-filing or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 14th day of December 2015 addressed as follows:

Edward M. Kennedy
Andrew D. Ringel
Hall & Evans, L.L.C.
1125 17th Street, #600
Denver, CO 80202

Jennifer Johnson
David C. Copperstein
Assistant City Attorneys
Denver City Attorney's Office
201 West Colfax Avenue, Dept. #1108
Denver, Colorado 80202

Jeffrey L. Driscoll
Williams, Turner & Holmes, P.C.
P.O. Box 338
200 N. 6th Street #103
Grand Junction, CO 81502

/s/ Patrick L. Sayas

This is to certify that I have duly served the within State Defendants' Motion to Strike Plaintiff's Response to Their Motion for Summary Judgment, upon the undersigned party by depositing a copy of the same in the United States mail, first-class postage prepaid, in Denver, Colorado, this 14th day of December 2015 :

Dean Carbajal
Inmate #110955
Arkansas Valley Correctional Facility
12750 Highway 96 at Lane 13
Ordway, CO 81034

/s/ Jill Ribera