IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 7 2016

JEFFREY P. COLWELL
CLERK

Civil Action No. 10-CV-2862-CMA-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

CAROL WARNER, et al.,

    Defendants.

---

Plaintiff Dean Carbajal's Contemporaneous Objection To The Court's Order(DOC # 762) Striking Plaintiff Mr.Carbajal's Response To State Defendants' Motion For Summary Judgment And Exhibits(DOC #755 and 761)

---

    Plaintiff Dean Carbajal, pro se, respectfully contemporaneously objects to the Court's Order striking Mr.Carbajal's responsive pleading and exhibits, and hereby submits this memorandum in support of this action.

    The Plaintiff contemporaneously objects to the Court's improper striking of Mr.Carbajal's responsive pleading and evidence, based on the assertions and authority asserted in Plaintiff's Contemporaneous Objection To Magistrate's Order(Doc No. 753) and Motion For Reconsideration Based On Magistrate's Refusal to Consider The Defendants' Fraudulent Concealment of Evidence And Perjury in Discovery Responses (Doc No. 758), which is hereby incorporated by reference as if fully set forth herein. The striking of these pleadings based on the reasoning set forth in these objections is a due process violation and compromises the fairness of proceedings under the rubric of the 14th Amend. and more is an abuse of discretion. Therefore, Mr.Carbajal contemporaneously objects.

    Wherefore, the Plaintiff respectfully moves the Court to reconsider this

ruleing and direct the Court Clerk to accept as filed Mr.Carbajal's Responsive pleading and Exhibits.

Respectfully submitted this 2nd day of January, 2015.

Dean Carbajal
12750 Hwy 96 Ln-13
Ordway, CO. 81034